**Dismissed and Opinion Filed October 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00977-CV

### LORI SCHMIDT AND JOSEPH HUEY, Appellants
### V.
### PARK ROYAL HOMEOWNER'S ASSOCIATION AND PARK ROYAL
### CONDOMINIUMS, INC. DBA PARK ROYAL HOMEOWNER'S ASSOCIATION,
### Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07881**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

By letter dated September 27, 2016, we notified appellants the Court received notice from the Dallas County District Clerk that appellants did not pay for or make arrangements to pay for the clerk's record. We directed appellants to file written verification of payment or arrangements to pay for the clerk's record or written verification that appellants have been found to be entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, we have not received the requested verification or communication from appellants, and the clerk's record has not been filed.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).


/CarolynWright/
CAROLYN WRIGHT
CHIEF JUSTICE

160977F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LORI SCHMIDT AND JOSEPH HUEY,
Appellants

No. 05-16-00977-CV      V.

PARK ROYAL HOMEOWNER'S
ASSOCIATION AND PARK ROYAL
CONDOMINIUMS, INC. DBA PARK
ROYAL HOMEOWNER'S
ASSOCIATION, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-07881.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees Park Royal Homeowner's Association and Park Royal Condominiums, Inc. dba Park Royal Homeowner's Association recover their costs, if any, of this appeal from appellants Lori Schmidt and Joseph Huey.

Judgment entered this 25th day of October, 2016.